# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1020
LT Case No. 16-2024-CF-8431-A

_____

WAYNE JESSIE STEPHENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.

August 15, 2025

PER CURIAM.

In this appeal proceeding under *Anders v. California*, 386 U.S. 738 (1967), we affirm the judgment and sentence imposed by the trial court following Appellant's open, guilty plea to the charged offense. However, we remand with directions to the trial court to enter an amended judgment to correct a clerical error in the written sentence to show that Appellant was awarded 199 days of

jail credit. *See Ashley v. State*, 850 So. 2d 1265, 1268 (Fla. 2003) ("Thus, when conflict arises between the written sentence and the [trial court's] oral pronouncement, the oral pronouncement prevails.").

AFFIRMED, REMANDED with directions.

MAKAR, LAMBERT, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____